**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

DAMIAN R. TRAPINI,

                Plaintiff,

   v.                                           No.9:18-CV-805 (CFH)

DOMINIC A. DAGOSTINO, et al.,

                Defendants.

---

**CHRISTIAN F. HUMMEL
U.S. MAGISTRATE JUDGE**

**APPEARANCES:**                  **OF COUNSEL:**

Damian R. Trapani
271 Central Avenue
Albany, New York 12206
Plaintiff pro se

Goldberg Segalla, LLP - Albany Office    JONATHAN M. BERNSTEIN, ESQ.
8 Southwoods Boulevard, Suite 300
Albany, New York 12211-2526
Attorneys for defendants

**DECISION & ORDER**

On March 12, 2020, plaintiff pro se Damian Trapini filed a Motion to Compel Discovery and for the imposition of sanctions. Dkt. No. 98. On April 6, 2020, defendants filed a response. Dkt. No. 106. On April 6, 2020, plaintiff filed a letter motion seeking an extension of time to respond to defendants' discovery demands. Dkt. No 108.

On April 24, 2020, a conference was conducted on-the-record with plaintiff and counsel for defendants. See Txt. Min. En. dated Apr. 24, 2020. As directed during that

conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby ORDERED:

(1) that plaintiff's Motion to Compel (dkt. no. 98) is GRANTED to the extent that defendants shall provide additional responses to plaintiff's discovery requests as directed by the Court during the April 25, 2020 conference.  Defendants shall serve the additional responses by May 25, 2020.  The Motion to Compel (dkt. no. 98) is otherwise DENIED;

(2) the Mandatory Pretrial Scheduling Order filed November 7, 2019 (dkt. no. 86) is hereby amended as follows:

(a) The deadline for the completion of discovery is hereby extended to October 9, 2020,

(b) The deadline for the filing of dispositive motions is extended to December 11, 2020,

(c ) The Mandatory Pretrial Scheduling Order (dkt. no. 86), as amended, remains in full force and effect.

IT IS SO ORDERED.

Dated: April 27, 2020
       Albany, New York

*Christian F. Hummel*
Christian F. Hummel
U.S. Magistrate Judge