**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

DAMIAN R. TRAPANI,

                        Plaintiff,

        v.

DOMINIC A. DAGOSTINO, et al.,

                        Defendants.

9:18-CV-805
(CFH)

_____

**APPEARANCES:**

Damian R. Trapani
121 Green Street
Syracuse, New York 13203
Plaintiff pro se

Goldberg Segalla, LLP - Albany Office
8 Southwoods Boulevard, Suite 300
Albany, New York 12211-2526
Attorneys for defendants

**OF COUNSEL:**

JONATHAN M. BERNSTEIN, ESQ.

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

**ORDER**

On September 8, 2020, plaintiff filed a Motion to Compel.  Dkt. No. 135.  On

September 21, 2020, defendants Dagostino, Adair, Bruce, Catalano, Chairello, Cook,

Cufari, Derochie, Echevcurria, Gangaram, Gatta, Glasser, Guerin, Guildo, Harper, Howe,

Jones, LaBrake, Lachanski, Loustrup, Nealson, Pelletier, Pollard, Purdy, Redmond,

Reyell, Sherman, Smith, and Varrone (hereinafter defendant Dagostino) filed a response.

Dkt. No. 140.

On September 18, 2020, defendant Wood filed a Motion to Compel.  Dkt. No. 139.

Plaintiff filed a response.  Dkt. No. 152.  On October 16, 2020, defendant Wood filed a reply.  Dkt. No. 153.

On September 30, 2020, plaintiff filed a Motion to Compel directed to defendant Wood.  Dkt. No. 142.  On September 30, 2020, defendant Wood filed a response.  Dkt. No. 143.  On October 13, 2020, plaintiff filed a Motion to Compel.  Dkt. No. 145.  On October 28, 2020, defendant Dagostino filed a response.  Dkt. No. 158.

On October 13, 2020, plaintiff filed a Motion to Compel.  Dkt. No. 145.  On October 28, 2020, defendant Dagostino filed a response.  Dkt. No. 158.

The Court conducted an on-the-record conference with plaintiff <u>pro</u> <u>se</u> and counsel for defendants on October 29, 2020.  The transcript of that proceeding is annexed to this Order.  As directed during that conference and for the reasons stated at that time, which are incorporated herein by reference, it is hereby **ORDERED**, that

(1) Plaintiff's Motion to Compel, dkt. no. 135, is **GRANTED** to the extent that on or before November 15, 2020, defendant Dagostino shall serve supplemental responses as directed by the Court during the October 29, 2020, conference; and

(2) Plaintiff's Motion to Compel directed toward defendant Wood, dkt. no. 142, is **WITHDRAWN** at plaintiff's request; and

(3) Defendant Wood's Motion to Compel, dkt. no. 139, is **GRANTED**.  Plaintiff shall, on or before November 15, 2020, file supplemental interrogatory responses as directed by the Court during the October 29, 2020, conference; and

(4) Plaintiff's Motion to Compel directed toward defendant Dagostino, dkt. no. 145, is **DENIED**.  Plaintiff may renew that motion immediately prior to any trial in this matter.

**IT IS SO ORDERED**.

Dated: October 30, 2020
        Albany, New York

Christian F. Hummel
U.S. Magistrate Judge